UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 3702

---

WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, acting not in its individual capacity but solely as trustee,

        Plaintiff,

-against-

AIR COMET SOCIEDAD ANONIMA,

        Defendant.

Civil Action No.

**RULE 7.1 CERTIFICATION**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Wells Fargo Bank Northwest, National Association ("WFNW"), acting not in its individual capacity but solely as trustee, certifies that Wells Fargo & Company is the corporate parent for Plaintiff Wells Fargo Bank Northwest, National Association and is a publicly held corporation.

Dated: New York, New York
      April 17, 2008

Respectfully submitted,

VEDDER PRICE P.C.

By: _____
Michael G. Davies (MD-6045)
Michael J. Edelman (ME-6476)
1633 Broadway, 47th Floor
New York, New York 10019
(212) 407-7700

ATTORNEYS FOR PLAINTIFF WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, ACTING NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE



NEWYORK/#194686.1