UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
WELLS FARGO BANK NORTHWEST,
NATIONAL ASSOCIATION, acting not in its
individual capacity but solely as trustee,

        Plaintiff,

   -against-

AIR COMET SOCIEDAD ANONIMA,

        Defendant.
--------------------------------------------------------

**ORDER**

08 Civ. ~~3202~~ 3702 (SCR)

IT IS HEREBY ORDERED that, it appearing that this action was mistakenly assigned to the White Plains Courthouse by reason of a clerical error in the civil cover sheet submitted at the time of filing, and the Complaint alleges jurisdiction of any court sitting in the City and County of New York, the Clerk of the Court is ordered and directed to reassign this action to a judge sitting at the 500 Pearl Street Courthouse, New York, New York.

Dated: White Plains, New York
       April 23, 2008

                                                Hon. Stephen C. Robinson
                                                U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____