**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
WELLS FARGO BANK NORTHWEST,
                                              NOTICE OF REASSIGNMENT

             -V-                              7:08 CV 03702

AIR COMET SOCIEDAD ANONIMA,

------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    JUDGE: SCHEINDLIN, USDJ

    All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

Dated: 04/28/2008

by: _____
      Deputy Clerk

CC:  Attorneys of Record

CASE REDESIGNATED TO: ELLIS, USMJ

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised September 9, 2004