

**VEDDERPRICE**

VEDDER PRICE P.C.
1633 BROADWAY, 47TH FLOOR
NEW YORK, NEW YORK 10019
212-407-7700
FAX: 212-407-7788

MICHAEL G. DAVIES
212-407-6930
mdavies@vedderprice.com

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

June 12, 2008

**BY TELECOPIER (212-805-7920)**

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/08

**Re: Wells Fargo Bank Northwest, National Association v. Air Comet S.A.
08 Civ. 3702 (SAS)**

Dear Judge Scheindlin:

We represent the plaintiff Wells Fargo in the above action. We are writing to request a one month adjournment, to July 14, 2008, of the initial pretrial conference presently scheduled for June 16, 2008 at 4:30 p.m.

The reason for our request is that the defendant Air Comet has not appeared in the action and the parties are engaging in settlement discussions which are nearing completion. We expect that a written agreement will be concluded shortly. We expect to be able to advise the Court before the adjourned date that this matter has been resolved.

Accordingly, we respectfully request that the initial pretrial conference be adjourned to July 14, 2008.

*Plaintiff's request is granted. The initial conference previously scheduled for June 16, 2008 is adjourned to July 14, 2008, at 4:30 p.m. NO FURTHER ADJOURNMENTS to ORDERED.*

Respectfully submitted,

Michael G. Davies

MGD/mb

NEWYORK/#196860.1   *Date: June 12, 2008*

*Shira A Scheindlin, USDt*