UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK NORTHWEST,
NATIONAL ASSOCIATION, acting not in its
individual capacity but solely as trustee,

        Plaintiff,

-against-

AIR COMET SOCIEDAD ANONIMA,

        Defendant.

NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE

08 Civ. 3702 (SAS)

---

WHEREAS the defendant Air Comet Sociedad Anonima has not filed an answer or a motion for summary judgment herein;

Plaintiff Wells Fargo Bank Northwest, National Association, acting not in its individual capacity but solely as trustee, by its attorneys Vedder Price P.C., hereby voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) F.R.Civ. P.

Dated: New York, New York
       August 27, 2008

                                            VEDDER PRICE P.C.

                                            By: _____
                                                 Michael G. Davies (MD-6045)
                                                 Michael J. Edelman (ME-6476)
                                                 1633 Broadway
                                                 47th Floor
                                                 New York, New York  10019
                                                 (212) 407-7700

                                                 Attorneys for Plaintiff
                                                 WELLS FARGO BANK
                                                 NORTHWEST, NATIONAL
                                                 ASSOCIATION, acting not in its
                                                 individual capacity but solely as trustee

NEWYORK/#199539.1